IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-1-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN BURTON VICK, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on the court's inquiry into the post-judgment release status of the defendant. After conferring with counsel for the government and counsel for the defendant, and for good cause shown, it is hereby ORDERED that the defendant is released from custody and shall report as directed by the Bureau of Prisons for service of his sentence in the above case. He shall remain under the jurisdiction of the United States Probation Office, Eastern District of North Carolina, until reporting, under the same terms and conditions of release as previously ordered.

This 9th day of August, 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh