IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:10-CR-1-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JOHN BURTON VICK, JR., | ) | WITHDRAWAL OF |
| Defendant, | ) | WRIT OF CONTINUING |
| And | ) | GARNISHMENT |
| PERFORMANCE CHEVROLET, | ) | |
| Garnishee. | ) | |

On May 19, 2016, a Writ of Continuing Garnishment was issued in this case, based on an Application for Writ of Continuing Garnishment filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Continuing Garnishment and requested that the Writ of Continuing Garnishment be withdrawn. The Writ of Continuing Garnishment filed in this matter is hereby withdrawn.

This 12th day of July, 2016.

JULIE RICHARDS JOHNSTON
Clerk of Court

*/s/ Julie Richards Johnston*