IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CR-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN BURTON VICK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to Michael Shidner's letter [D.E. 54] not later than December 15, 2025.

SO ORDERED. This 13 day of November, 2025.

JAMES C. DEVER III
United States District Judge